**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-CV-3148-CMA-KMT

Krystal Poliquin, and
Strength Sensei, INC, a Colorado corporation,
    Plaintiffs,
v.

Strength Sensei Legacy, Corp, a Colorado corporation,
Knockout Services, INC, a Colorado corporation,
Scott Macon,
Karin Macon-Luetzer, and
Carlos Castro Torres
    Defendants,


Strength Sensei Legacy, Corp, a Colorado corporation,
Knockout Services, INC, a Colorado corporation,
Scott Macon, and
Karin Macon-Luetzer
    Counterclaim Plaintiffs,
v.

Strength Sensei, Inc, a Colorado corporation, and
Kris Fiser, an individual
    Counterclaim Defendants


Krystal Poliquin, and
Strength Sensei, Inc., a Colorado corporation,
    Third-Party Plaintiffs,
v.

ANB Bank, a Colorado corporation,
    Third-Party Defendant.

**ORDER RE: PLAINTIFFS'/COUNTERCLAIM-DEFENDANTS' MOTION TO RELEASE BOND**

This matter is before the Court on the Motion for Release of Bond Obligation (Doc. # 166) filed by Plaintiffs Krystal Poliquin and Strength Sensei, Inc. and Counterclaim Defendant Kris Fiser. Having reviewed the Motion and the applicable legal authority, the Court hereby ORDERS that Motion for Release of Bond Obligation (Doc. # 166) is GRANTED.

The Cashier's Office of the Clerk of Court is directed to return the $20,000.00 bond, plus interest, to Plaintiffs. The Cashier's Office shall make the check payable to Strength Sensei, Inc., and mailed to the following address:

>  Strength Sensei, Inc.
>  3246 Centennial Blvd., #281
>  Colorado Springs, CO 80907

DATED: January 19, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge